UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

DANIELLE NORDLUND and
JASON NORDLUND,

    Plaintiffs,

v.

CHASE HOME FINANCE LLC,

    Defendant.

Case No. 09-CV-1738 (PJS/JSM)

ORDER

---

  The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated August 7, 2009.  No objections have been filed to that Report and Recommendation in the time period permitted.

  Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

  IT IS HEREBY ORDERED that this action is dismissed without prejudice.


Dated: August 26, 2009     s/Patrick J. Schiltz     
               Patrick J. Schiltz
               United States District Judge